| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JUN 5 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SHANE LOVE,

       Plaintiff - Appellant,

 v.

AARON VILLACANA; et al.,

       Defendants - Appellees,

and

PEREZ, PPD Chief, individually and in official capacity,

       Defendant.

No. 23-3991

D.C. No. 2:20-cv-06557-PA-SP

Central District of California, Los Angeles

MANDATE

The judgment of this Court, entered May 14, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

       FOR THE COURT:

       MOLLY C. DWYER
       CLERK OF COURT